# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-01-00587-CV

**Kinetico Incorporated, Appellant**

**v.**

**Water Conditioning Systems, Inc.; and Austin Green Earth Environmental Inc., d/b/a Water Conditioning Systems Co.; and Angel Antonio "Tony" Sirgo, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT NO. 98-08261, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

The parties filed a joint motion to dismiss this appeal. We grant the motion and dismiss the appeal.


Mack Kidd, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Joint Motion

Filed: March 14, 2002

Do Not Publish